**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7048**

_____

JEAN GERMAIN,

    Plaintiff - Appellant,

  v.

WILLIAM BEEMAN, RN; HOWARD COOK, Dr.; JOHN DOE, Dr.; JANE DOE, RN; KELLY NATALE, RN,

    Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:21-cv-02279-SAG)

_____

Submitted:  March 15, 2023       Decided:  April 11, 2023

_____

Before KING and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jean Bernard Germain, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland; Christina Nicole Billiet, Michelle Lynn Davidson Dian, WARANCH & BROWN, LLC, Lutherville, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jean Germain appeals the district court's orders granting summary judgment to the Defendants and dismissing his civil rights complaint. Germain contends that the court erred by not permitting further discovery and by granting summary judgment to Kelly Natale on his claim that she was deliberately indifferent to his medical needs. We affirm.

We conclude that the district court did not abuse its discretion in denying Germain's motion for further discovery. *See Gordon v. CIGNA Corp.*, 890 F.3d 463, 478 (4th Cir. 2018) (stating standard of review). We have reviewed de novo the district court's order granting summary judgment and conclude that there is no genuine dispute of material fact about Germain's claim against Natale. *See Knibbs v. Momphard*, 30 F.4th 200, 213 (4th Cir.), *cert. denied*, 143 S. Ct. 303 (2022) (stating standard of review).

Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*